IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROYLE KIPP,

      Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4239

Opinion filed June 17, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Royle J. Kipp, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Franklin Vitale, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, OSTERHAUS and WINSOR, JJ., CONCUR.